In the Matter of the Claim of MARY KRAWCZYK, Respondent, against JAMES MACNAMARA et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Krawczyk* v. *MacNamara,* 187 App. Div. 911, affirmed.
(Argued February 25, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 29, 1919, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Michael Krawczyk was a street sweeper by occupation and employed by James MacNamara, who cleaned the streets of Dunkirk under contract. Just prior to the accident Krawczyk had swept Park avenue to the eastern end of the pavement on that street. At the eastern end of Park avenue and running across it, is a railroad switch, the ends of the ties of this switch being within two feet of the end of the pavement. This switch is usually occupied by a string of box cars and it was so occupied at the time of the accident. It is stipulated that the decedent stepped between two of the box cars, presumably to urinate. At that moment the cars were bumped only enough to move them about five feet but enough to injure Krawczyk so seriously that he died from the effect of the injuries that same day. The appellants contended that the accident did not arise out of the employment.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*J. L. Hurlbert* for claimant, respondent.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel) for state industrial commission, respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.